IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Hancock, Rory M

Printed: 4/29/08

Case Number: 07 B 10125
Judge: Wedoff, Eugene R
Filed: 6/6/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Dismissed: September 20, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,926.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 1,926.00 |
| Totals: | 1,926.00 | 1,926.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | American Home Mtg Servicing | Secured | 0.00 | 0.00 |
| 2. | General Motors Acceptance Corp | Secured | 0.00 | 0.00 |
| 3. | Harris Trust & Savings Bank | Secured | 0.00 | 0.00 |
| 4. | Harris Trust & Savings Bank | Secured | 10,000.00 | 0.00 |
| 5. | American Home Mtg Servicing | Secured | 15,000.00 | 0.00 |
| 6. | State Bank of the Lakes | Unsecured | 0.00 | 0.00 |
| 7. | US Bank | Unsecured | 934.44 | 0.00 |
| 8. | First Equity | Unsecured | 363.95 | 0.00 |
| 9. | Commonwealth Edison | Unsecured | 111.27 | 0.00 |
| 10. | Chiappetti Meat Company | Unsecured | 329.32 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 398.80 | 0.00 |
| 12. | Discover Financial Services | Unsecured | 1,461.96 | 0.00 |
| 13. | RoundUp Funding LLC | Unsecured | 1,424.71 | 0.00 |
| 14. | ECast Settlement Corp | Unsecured | 2,214.93 | 0.00 |
| 15. | Portfolio Recovery Associates | Unsecured | 371.97 | 0.00 |
| 16. | Nicor Gas | Unsecured | 115.35 | 0.00 |
| 17. | B-Real LLC | Unsecured | 933.05 | 0.00 |
| 18. | Cook County Treasurer | Secured |  | No Claim Filed |
| 19. | Nicor Gas | Unsecured |  | No Claim Filed |
| 20. | American General Finance | Unsecured |  | No Claim Filed |
| 21. | SBC | Unsecured |  | No Claim Filed |
| 22. | US Bank | Unsecured |  | No Claim Filed |
| 23. | Alliance One | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 33,659.75 | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Hancock, Rory M

Printed:  4/29/08

Case Number:  07 B 10125
Judge:  Wedoff, Eugene R
Filed:  6/6/07

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

